Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEIMAN MARCUS GROUP, INC.; *et al*.<br><br>Defendants. | Case No.: 2:18-cv-01475-FMO-SK<br>*Hon. Fernando M. Olguin Presiding*<br><br>**ORDER ON STIPULATION [37] TO DISMISS ACTION** |

1

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY
ORDERED:

1. The Action is dismissed <u>with prejudice</u>; and

2. All parties will bear their own costs and attorney's fees incurred against
one another in this action.

<u>SO STIPULATED</u>.


Date: August 30, 2018          By: _____/s/_____
                                    HON. FERNANDO M. OLGUIN
                                    UNITED STATES DISTRICT JUDGE